

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020
```

May 5, 2020

**FILED VIA ECF**



The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Doncouse v. UNTUCKit Retail, LLC,* **No. 1:19-cv-09953**
    **Initial Pretrial Conference Joint Letter**

Dear Judge Caproni:

    The parties in the above-referenced case submit this letter jointly to update the Court in advance of the Initial Pretrial Conference scheduled for this Friday, May 8, 2020 at 10:00 am. At this time, the parties have made good progress toward settlement and are continuing to work toward that end. Last Friday, May 1, 2020, the parties participated in a pre-mediation call with the court-appointed mediator and have scheduled mediation for May 26, 2020 in the event that the parties are unable to settle prior to this date.

    In light of the progress that parties have made toward settlement, the parties further respectfully request an adjournment of the Initial Pretrial Conference, as well as the submission of a Civil Case Management Plan and Scheduling Order, until after the scheduled mediation on May 26, 2020.

    We thank you for your attention to this matter. Please let us know if you have any questions or would like the parties to appear for any reason.

Respectfully submitted,

*/s/ Jyotin Hamid*
_____

Jyotin Hamid
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
jhamid@debevoise.com

cc:   Bradly G. Marks, Esq.
      *Counsel to Plaintiff*

---

The May 8 conference is adjourned to **June 5, 2020, at 10:00 A.M.** The parties' joint pre-conference submissions are due by **May 28, 2020**. The parties are reminded to observe the Court's deadlines. Given this extension and the lengthy adjournment in the Court's original mediation order, no further adjournments will be granted.

SO ORDERED.                    Date: 05/05/2020

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE